# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1426. ROBERT HURT v. NATIONWIDE SOUTHEAST, LLC

In August 2017, Nationwide Southeast, LLC sued Robert Hurt, seeking to recover a deficiency balance owed under a retail installment sales contract. After Hurt failed to file an answer or other responsive pleading, the trial court entered judgment in favor of Nationwide Southeast on December 3, 2020. Hurt thereafter filed a series of responsive pleadings, as well as a motion seeking to set aside the judgment under OCGA § 9-11-60 (d). The trial court entered a single order in which it dismissed Hurt's responsive pleadings as moot and denied the motion to set aside. Hurt then filed this direct appeal, seeking to challenge the denial of his motion to set aside. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must come by application for discretionary appeal. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). Thus, Hurt's failure to comply with the discretionary application procedures set forth in OCGA § 5-6-35 deprives us of jurisdiction over this appeal, which is hereby DISMISSED. *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (compliance with the discretionary appeals procedure is jurisdictional, and failure to comply with that procedure requires dismissal of the appeal).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* <u>06/05/2023</u>

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>Stephen E. Castlen</u> *, Clerk.*